Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the

District of

Division

2023 MAR 20 P 2:55

Mrs. Najia Rahmani
600 N. Garfield Street
Arlington, VA 22201
(202) 351-7354

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Courtney Erin Morgan Castelluzzo
604 N. Garfield Street
Arlington, VA 22201
& Jeff J. Certosimo (same address)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:23 cv 373
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Walid Khalil Rahmani By Mother On His Behalf (Najia Rahmani)
Street Address: 201 West Criser Road / 600 N. Garfield Street
City and County: Front Royal / Arlington, VA 22201
State and Zip Code: Virginia 22630 / (202) 351-7354
Telephone Number:
E-mail Address: Held hostage

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Total Pages 10

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: Stanley P. Qull
Job or Title (if known): Sole owner of Independence Realty, LLC
Street Address: 10307 Piper Lane
City and County: Manassas
State and Zip Code: Virginia 20110
Telephone Number: (703) 366-3462
E-mail Address (if known):

**Defendant No. 2**
Name: Lima One Capital, LLC
Job or Title (if known):
Street Address: 201 E. McBee Avenue #300
City and County: Greenville
State and Zip Code: South Carolina 29601
Telephone Number: (800) 390-4212
E-mail Address (if known):

**Defendant No. 3**
Name: Paul Burnett (Manning & Murray, P.C.)
Job or Title (if known): Estate planning attorney
Street Address: 6045 Wilson Blvd. #300
City and County: Arlington,
State and Zip Code: Virginia 22205
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**
Name: Thomas Norris
Job or Title (if known): Agent of Woods Cove Inc., Stock & Bonded
Street Address: 201 West Criser Road
City and County: Front Royal
State and Zip Code: Virginia 22630
Telephone Number: (540) 636-6611
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Conspiracy (18 U.S.C. §371), Perjury as a Sentencing Factor (U.S.S.G. §3C1.1) Law No. 44 & Article 6 First Amendment Right False Statement fictitious fraudulent Statement 18 U.S.C. 1001

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* n/a , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____ ,
       and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)*

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Punitive damages $20,000,000 or more
Return our property of 604 N. Garfield Street, Arlington, VA 22201
Void and null of deed which is fraudulently transferred.
Bring the defendants to justice.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

For unbearable tolerance of separating a mother and son violation of human right Law No. 44 Article 6 and first constitution amendment using and also the Fourteenth Amendment fabrication by the defendants. All the defendants lied and most of them are working for the government, and are not our attornies using our son (Walid Khalil Rahmani) as a tool to make money.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Of release of our son (Walid Rahmani) from the nursing home to the Mother. Commonwealth attorney Eric claiming that I have dementia and sold the property 604 N. Garfield Street. There are much more.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Ms. Castelluzzo prior moving to 604 N. Garfield Street trespassed to inside the driveway broke the screen door and Mr. Certosimo trespassed as well to the front door posted a letter and ran away from where I reside at 600 N. Garfield St., Arl., VA which I filed it with the criminal division of Arl. VA and she claimed I had trespassed to her property. As a result of that, they made a misdemeanor trespass charge against me.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 17, 2023

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Mrs. Najia Rahmani (Pro se)

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Page 6

Additional Defendants No. 5

Name: Jonathan S. Gelber, Esquire
Job or Title: Attorney (Guardian ad litem for Walid Rahmani)
Street Address: 201 Park Washington Court, First Floor
City and County: Falls Church
State and Zip Code: Virginia 22046
Telephone Number: (703) 237-1200

Defendant No. 6

Name: Christine R. Sanders
Job or Title: Asst. County Attorney
Street Address: 2100 Clarendon Blvd., Suite 403
City and County: Arlington
State and Zip Code: Virginia 22201
Telephone Number: (703) 228-3100

Defendant No. 7

Name: Derek Morch
Job or Title: Social Worker
Street Address: 2100 Washington Blvd.
City and County: Arlington
State and Zip Code: Virginia 22204
Telephone Number:

**Defendant No. 8**
Name: Louise Marciano
Job or Title: Social Worker & Aid of Jay Facett, Former County Board in Arl.
Street Address: 2100 Washington Blvd.
City and County: Arlington
State and Zip Code: Virginia 22204
Telephone Number:

**Defendant No. 9**
Name: Jeffrey A. Scharf
Job or Title: Esquire
Street Address: P.O. Box 31800
City and County: Henrico
State and Zip Code: Virginia 23294
Telephone Number: (804) 545-2377

**Defendant No. 10**
Name: John A. Rife
Job or Title: Esquire, Consulting Services, P.C.
Street Address: P.O. Box 31800
City and County: Henrico
State and Zip Code: Virginia 23294
Telephone Number: (804) 545-2377

**Defendant No. 11**
Name: Jackie Dean (Sales Agent) Pearson Smith Realty
Job or Title: Realtor Agent for our property of 604 N. Garfield Street Arlington, VA 22201
Street Address: 8315 Lee Hwy. #430
City and County: Fairfax
State and Zip Code: Virginia 22031
Telephone Number: (571) 386-1075

**Defendant No. 12**
Name: Paul F. Ferguson
Job or Title: Arlington County Circuit Court Clerk
Street Address: 1425 N. Courthouse Rd., 6th Floor
City and County: Arlington
State and Zip Code: Virginia 22201
Telephone Number: (703) 228-7010

**Defendant No. 13**
Name:
Job or Title: Sheriff's Dept., Arl., VA
Street Address: 1425 N. Courthouse Rd, #9100
City and County: Arlington
State and Zip Code: VA 22201
Telephone Number:

Defendant No. 14

Name        Eric
Job or Title   Commonwealth Attorney Arlington, VA
Street Address  1425 N. Courthouse Rd.
City and County  Arlington
State and Zip Code  Virginia 22201
Telephone Number

Defendant No. 15

Name        Christopher Sakalovsky
Job or Title   Attorney
Street Address  2100 Clarendon Blvd.
City and County  Arlington
State and Zip Code  Virginia 22201
Telephone Number

Defendant No. 16

Name        Arlington Government
Job or Title
Street Address  2100 Clarendon Blvd. #215
City and County  Arlington
State and Zip Code  Virginia 22201
Telephone Number

Defendant No. 17
Name           Joann
Job or Title   Nurse
Street Address  6045 Wilson Blvd. #300
City and County  Arlington
State and Zip Code  Virginia 22205
Telephone Number

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

MRS. Najia Rahmani / Walid Khalil Rahmani

_____
Plaintiff(s),

v.                                  Civil Action Number: 1:23 cv 373

_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Complaint__.
(Title of Document)

MRS Najia Rahmani
Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: 03-20-2023 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

__N/A__
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)